PETITION FOR WRIT OF HABEAS CORPUS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PERSONS IN STATE CUSTODY

**FILED**

NOV 1 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.                    )
                                                    )
                                                    )
                                                    )
KAMON HAMILTON    K-52246                           )
(Full name and prison number)                       )
(Include name under which convicted)                )
            PETITIONER                               )
                                                    )
                                                    )       CASE NUMBER:_____
vs.                                                 )       (To be supplied by Clerk)
JOE LOFTUS                                          )
                                                    )
(Name of Warden, Superintendent,                    )
Jailor, or authorized person having                 )       07CV6539
custody of petitioner)                              )       JUDGE GOTTSCHALL
            RESPONDENT                               )       MAGISTRATE JUDGE MASON
                                                    )
and                                                 )
ATTORNEY GENERAL OF THE STATE OF                    )
                                                    )
*_____                 )
                                                    )

*    This space should be filled in with the name of the state where
     judgment was entered <u>only</u> if petitioner is attacking a judgement
     which imposed a sentence to be served in the future.  If petitioner
     has a sentence to be served in the future under a federal judgment
     which he wishes to attack, he should file a motion under 28 U.S.C.
     § 2255 in the federal court which entered the judgment.)

*Original**

1

## PETITION

1. Name the location of court which entered the judgement of conviction under attack   COOK COUNTY CIRCUIT COURT / 2650 S
California Ave. / Chicago, IL. 60608

2. Date of judgment of conviction    August 21, 1995

3. Length of sentence   Thirty-eight (38) years

4. Nature of offense involved (all counts with indictment number of each, if known)   First Degree Murder and Attempted Armed

   Robbery

5. What was your plea?  (Check One)
   - (A)   Not guilty                      (     )
   - (B)   Guilty                          ( XX  )
   - (C)   Nolo contendere                 (     )

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

   _____

6. Kind of trial:  (Check One)
   - (A)   Jury                            (     )
   - (B)   Judge only                      ( XX  )

7. Did you testify at trial?

   YES  (     )          NO   ( XX  )

8. Did you appeal from the judgment of conviction or imposition of sentence?

   YES  (     )          NO   ( XX  )

   (A)   If you did appeal, answer the following:

   (1)   Name of court    N/A

   (2)   Result    _____

(3)  Date of result  _____

(4)  Issues of raised  _____

      _____

(B)  If you did not appeal, explain briefly why not.

      I entered into a plea agreement with the State.

      _____

      _____

      _____

      _____

9.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed with respect to this conviction:

(A)  Any petition in a state court under the Illinois Post-Conviction Hearing Act, Ill.Rev. Stat. ch. 38, sec. 122?

      YES ( XX )    NO ( ) .

(B)  Any petitions in a state court by way of statutory coram nobis, Ill.Rev. Stat. ch. 110, sec 72?

      YES ( )    NO (XX )

(C)  Any petitions for habeas corpus in state or federal courts?

      YES ( )    NO (XX )

(D)  Any petitions in the United States Supreme Court for certiorari other than petitions, if any, already specified in question (9)?

      YES ( )    NO (XX )

(E)  Any other petitions, motions, or applications in this or other court?

      YES ( )    NO (XX )

10.  If your answer to any section of questions (9) was YES, give the following information:

(A)  (1)  Name of court  CCOK COUNTY CIRCUIT COURT

3

(2)  Nature of proceeding   POST-CONVICTION PETITION

(3)  Grounds raised   WHETHER TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO ADVISE PETITIONER OF HIS SENTENCE UNDER THE PLEA AGREEMENT AND ALSO FOR FAILING TO INTERVIEW PETITIONER AN ASCERTAIN FACTS THAT WOULD HAVE SUPPORTED TWO MERITORIOUS PRETRIAL MOTIONS.
[See: Attached "Page 4A]

(4)  Did you receive and evidentiary hearing on your petition, application, or motion?

YES  (  )    NO  (xx )

(5)  Result _____ suammary dismissal

(6)  Date of result  July 7,1998

(B)  As to any second petition, application, or motion, give the same information:

(1)  Name of court _____ N/A

(2)  Nature of proceeding _____

(3)  Grounds raised _____

(4)  Did you receive and evidentiary hearing on your petition, application, or motion?

YES  (  )    NO  (  )

(5)  Result _____ N/A

(6)  Date of result _____

(C)  As to any third petition, application, or motion, give the same information:

(1)  Name of court _____ N/A

(2)  Nature of proceeding _____

4

[Continued from Page "4"]

    Whether Petitioner's post-conviction petition stated the gist
of a meritorious claim that he did not knowingly and intelli-
gently plead guilty because his trial counsel told him that
his plea was for a twenty-five year sentence, when in fact he
was sentenced to thirty-eight years . Defense counsel's failure
was exacerbated by the trial court's failure to sunstantially
comply with Supreme Court Rule 402.

(3)  Grounds raised  _____

_____

_____

(4)  Did you receive and evidentiary hearing on your petition, application, or motion?

YES  (   )     NO  (   )

(5)  Result  --_____ N/A _____

(6)  Date of result  _____

(D)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application, or motion?

(1)  First petition, etc.     YES  (   )     NO  (xx  )
(2)  Second petition, etc.    YES  (   )     NO  (   )
(3)  Third petition, etc.     YES  (   )     NO  (   )

(E)  If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

THERE WAS NO ISSUE TO APPEAL BECAUSE MY POST-CONVICTION

Petition was remanded from the appellate court to the

Circuit court with imnstructions.

_____

11.  State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground. . If necessary, you may attach pages stating additional grounds and facts supporting same.  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

CAUTION:  BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES AS TO EACH GROUND ON WHICH YOU REQUEST ACTION BY THE FEDERAL COURT.

(A)  Ground one  The Appellate Public Defender and circuit court
Supporting FACTS (tell your story briefly without citing cases or law):

5

Clerk failed to properly process the mandate that was issued by the appellate court on August 6, 2000, which has caused the petitioner's motion for post-conviction relief to lay dormant for seven (7) years. Despite the fact that the remand issued by the appellate court required the circuit court to consider and make a ruling on the issues presented in petitioner' motion for post-conviction relief; the aforementioned issues still have not been considered by the circuit court!

[See: Memorandum of Law in Support of Petitioner's Petition for Habeas Corpus Relief  attached hereto!]

(B)  Ground two: Petitioner contends that his negotiated guilty plea
Supporting **FACTS** (tell your story briefly without citing cases or law):
was unlawfully induced in violation of the Due Process Clause. Specifically, petitioner was promised a specific sentence in exchange for a plea of guilty. However, when petitioner pled guilty after entereing into an agreement with the State; the sentence the circuit court imposed significantly differed from the agreed upon term of imprisonment. As a consequence, the petitioner did not receive the benefit of the bargin he had made with the State.

[See: Memorandum of Law in Support of Petitioner's Petition for Habeasa Corpus Relief attached hereto!]

6

(C)    Ground three:_____
       Supporting FACTS (tell your story briefly without citing cases
       or law):

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____


(D)    Ground Four:_____
       Supporting FACTS (tell your story briefly without citing cases
       or law):

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

7

_____

_____

_____

12. Have all grounds raised in this petition been presented to the
highest court having jurisdiction?

                                   YES ( )      NO (XX )

13. If you answered "NO" to question (12), state briefly what grounds
were not so presented, and give your reasons for not presenting
them:

   None of the grounds presented in this habeas petition because
   the issues could not be appealed to the highest court as a
   consequence of the fact that my petition for post-conviction
   relief was remanded from the appellate court back to the circuit
   court with instructions.

14. Do you have any petition or appeal now pending in any court, either
state or federal, as to the judgment under attack?

                                   YES (XX )     NO ( )

   (A) If yes, state the name of the court and the nature of the
       proceeding. A Post-Conviction Petition in the circuit court
       to decide the issue presented to this court in reference to
       petitioner's guilty plea.

15. Give the name and address, if known, of each attorney who
represented you in the following stages of the judgment attacked
herein:

       (A)  At preliminary hearing _____N/A_____

            _____

       (B)  At arraignment and plea  Asst. Public Defender Michael
            Vahey / 69 W. Washington Street / Chicago, IL.

       (C)  At trial _____N/A  - Plea Agreement_____

            _____

       (D)  At sentencing  Asst. Public Defender Michael Vahey /
            69 W. Washington Street / Chicago, IL.

       (E)  On appeal   Asst. Public Defender Michael H. Orenstein/
            100 W. Randolph Street / Suite 5-500/ Chicago, IL. 60601

                              8

(F)   In any post-conviction proceeding __Unknown__

_____

(G)   On appeal from any adverse ruling in a post-conviction proceeding    __See: Answer 15. E__

_____

16.   Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
                                    YES ( XX )    NO (    )

17.   Do you have any future sentence to serve after you complete the sentence imposed by judgment under attack?
                                    YES (    )    NO ( XX )

(A)   If **YES**, give the name and location of the court which imposed sentence to be served in the future:

                        N/A

(B)   And give the date and length of sentence to be served in the future _____

                        N/A

_____

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____    _Ramon Hamilton_
Signature of attorney (if any)       Signature of petitioner

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  __11/8/07__
                    (Date)
_Ramon Hamilton_
(Signature of petitioner)
K 52046
(I.D. Number)
3820 s. Main St. Danville, Il
(Address)              61834

9