AO 240 (Rev. 6/86)  Application to Proceed

# United States District Court

NORTHERN ———— DISTRICT OF ——— ILLINOIS ————

FILED

NOV 1 9 2007 *aew*
19

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RAMON HAMILTON   K-52246

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

V.

JOE LOFTUS

CASE NUMBER:

I, _Ramon Hamilton_ _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant          [ ] _____ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

07CV6539
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

In further support of this application, I answer the following questions.

1. Are you presently employed?                          Yes [ ]   No [XX]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   However, I receive a State stipend of #19.00 to purchase necessary hygiene items.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   Never been employed. I have been incarcerated since I was 15 years old under this present judgment of conviction

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [ ]   No [XX]
   b. Rent payments, interest or dividends?                      Yes [ ]   No [XX]
   c. Pensions, annuities or life insurance payments?            Yes [ ]   No [XX]
   d. Gifts or inheritances?                                     Yes [XX] .  No [ ]
   e. Any other sources?                                         Yes [ ]   No [XX]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

> **See Computer Printout of Trust Fund Account attached to this Application.**

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒    No ☐    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.
   **See Computer Printout from Trust Fund Account attached hereto**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **None**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/8/07___      _Ramon Hamilton_
             (Date)                Signature of Applicant

---

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ ___15.28___ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _Danville Correctional Center, 3820 E. Main St. Danville, IL 61834_

I further certify that during the last six months the applicant's average balance was $ _____

_Rita Barnes_
Authorized Officer of Institution

---

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____ <br> United States Judge      Date | _____  _____ <br> United States Judge      Date <br> or Magistrate |

Date: 11/8/2007 **Danville Correctional Center** Page 1
Time: 7:54am **Trust Fund**
d_list_inmate_trans_statement_composite Inmate Transaction Statement

REPORT CRITERIA - Date: 11/01/2006 thru End; Inmate: K52246; Active Status Only ? : No; Print Restrictions ? : Yes;
Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print
Balance Errors Only ? : No

**Inmate: K52246 Hamilton, Ramon** **Housing Unit: DAN-02-D -15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 41.22 |
| 11/01/06 | Point of Sale | 60 Commissary | 305765 | 535724 | Commissary | -37.01 | 4.21 |
| 11/02/06 | Mail Room | 01 MO/Checks (Not Held) | 306216 | 144087 | Williams, Annette | 50.00 | 54.21 |
| 11/09/06 | Point of Sale | 60 Commissary | 313718 | 536846 | Commissary | -51.80 | 2.41 |
| 11/09/06 | Payroll | 20 Payroll Adjustment | 313116 | | P/R month of 10/2006 | 19.20 | 21.61 |
| 11/11/06 | Mail Room | 01 MO/Checks (Not Held) | 315216 | 399107 | Williams, Annette | 50.00 | 71.61 |
| 11/11/06 | Mail Room | 01 MO/Checks (Not Held) | 315216 | 396337 | Howard, Antwan | 50.00 | 121.61 |
| 11/17/06 | Disbursements | 84 Library | 321302 | Chk #85362 | 84077051, Consolidated Inmate , Inv. Date: 10/23/2006 | -1.10 | 120.51 |
| 11/17/06 | Disbursements | 80 Postage | 321302 | Chk #85364 | 80078022, DOC: 523 Fund Inmate, Inv. Date: 11/06/2006 | -1.17 | 119.34 |
| 11/22/06 | Point of Sale | 60 Commissary | 326765 | 538625 | Commissary | -115.98 | 3.36 |
| 11/30/06 | Mail Room | 01 MO/Checks (Not Held) | 3342116 | 10442531935 | Pearson, Joyce | 40.00 | 43.36 |
| 12/04/06 | Point of Sale | 60 Commissary | 338765 | 539596 | Commissary | -41.56 | 1.80 |
| 12/15/06 | Disbursements | 80 Postage | 349302 | Chk #85570 | 80078860, DOC: 523 Fund Inmate, Inv. Date: 11/17/2006 | -1.35 | .45 |
| 12/15/06 | Payroll | 20 Payroll Adjustment | 349116 | | P/R month of 11/2006 | 19.20 | 19.65 |
| 12/19/06 | Point of Sale | 60 Commissary | 353765 | 541811 | Commissary | -18.48 | 1.17 |
| 12/23/06 | Mail Room | 01 MO/Checks (Not Held) | 357287 | 08582656360 | Topps, Courtney | 25.00 | 26.17 |
| 01/03/07 | Point of Sale | 60 Commissary | 003765 | 543486 | Commissary | -24.28 | 1.89 |
| 01/08/07 | Mail Room | 01 MO/Checks (Not Held) | 008287 | 666340 | Brown, Tricia | 50.00 | 51.89 |
| 01/10/07 | Point of Sale | 60 Commissary | 0107102 | 544431 | Commissary | -50.38 | 1.51 |
| 01/12/07 | Payroll | 20 Payroll Adjustment | 012116 | | P/R month of 12/2006 | 17.51 | 19.02 |
| 01/17/07 | Disbursements | 80 Postage | 017339 | Chk #85861 | 800711110, DOC: 523 Fund Reimb, Inv. Date: 12/18/2006 | -1.17 | 17.85 |
| 01/19/07 | Point of Sale | 60 Commissary | 019765 | 545768 | Commissary | -17.85 | .00 |
| 02/06/07 | Mail Room | 02 MO/Checks (Held) | 037216 | 402557 | Williams, Annette | 50.00 | 50.00 |
| 02/07/07 | Point of Sale | 60 Commissary | 038765 | 548281 | Commissary | -48.00 | 2.00 |
| 02/08/07 | Mail Room | 10 Western Union - Not Held | 039200 | 5420213474 | MCDONALD, ANGEL | 50.00 | 52.00 |
| 02/08/07 | Payroll | 20 Payroll Adjustment | 039116 | | P/R month of 01/2007 | 19.20 | 71.20 |
| 02/16/07 | Disbursements | 80 Postage | 047339 | Chk #86150 | 800715128, DOC: 523 Fund Inmat, Inv. Date: 02/06/2007 | -1.35 | 69.85 |
| 02/16/07 | Mail Room | 01 MO/Checks (Not Held) | 0472116 | 60511 | Park, Foster | 20.00 | 89.85 |
| 02/21/07 | Point of Sale | 60 Commissary | 052765 | 549789 | Commissary | -81.56 | 8.29 |
| 02/28/07 | Mail Room | 01 MO/Checks (Not Held) | 0592116 | P1059354 | Hamilton, Bonnie Reese | 50.00 | 58.29 |
| 02/28/07 | Mail Room | 01 MO/Checks (Not Held) | 0592116 | P1060145 | Hamilton, Andrea N | 50.00 | 108.29 |
| 02/28/07 | Mail Room | 01 MO/Checks (Not Held) | 0592116 | 10442934922 | Pearson, Joyce | 50.00 | 158.29 |
| 03/01/07 | Point of Sale | 60 Commissary | 060718 | 551014 | Commissary | -129.84 | 28.45 |
| 03/15/07 | Point of Sale | 60 Commissary | 074765 | 552989 | Commissary | -26.87 | 1.58 |
| 03/15/07 | Payroll | 20 Payroll Adjustment | 074116 | | P/R month of 02/2007 | 18.43 | 20.01 |
| 03/24/07 | Mail Room | 10 Western Union - Not Held | 083200 | 7392804827 | HAMILTON, RAMON | 50.00 | 70.01 |
| 03/26/07 | Mail Room | 01 MO/Checks (Not Held) | 0852116 | 522782 | Reese-Hamilton, Bonnie | 50.00 | 120.01 |
| 03/29/07 | Point of Sale | 60 Commissary | 088718 | 554561 | Commissary | -74.92 | 45.09 |
| 04/02/07 | Point of Sale | 60 Commissary | 092765 | 554816 | Commissary | -44.88 | .21 |
| 04/03/07 | Mail Room | 10 Western Union - Not Held | 093200 | 7159414058 | WILLIAMS, ANNETTE | 50.00 | 50.21 |
| 04/12/07 | Payroll | 20 Payroll Adjustment | 102116 | | P/R month of 03/2007 | 18.43 | 68.64 |
| 04/13/07 | Mail Room | 01 MO/Checks (Not Held) | 1032116 | 66087 | Odom, Terrence | 30.00 | 98.64 |
| 04/17/07 | Disbursements | 80 Postage | 107316 | Chk #86719 | 800719227, DOC: 523 Fund Inmat, Inv. Date: 04/04/2007 | -.39 | 98.25 |
| 04/18/07 | Disbursements | 88 outside payment | 108302 | Chk #86740 | 880720225, Alicia Thomas, Inv. Date: 04/18/2007 | -50.00 | 48.25 |

REPORT CRITERIA - Date: 11/01/2006 thru End;    Inmate: K52246;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: K52246 Hamilton, Ramon**                    **Housing Unit: DAN-02-D -15**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 04/30/07 | Point of Sale | 60 Commissary | 1207103 | 558453 | Commissary | -44.84 | 3.41 |
| 05/11/07 | Mail Room | 01 MO/Checks (Not Held) | 1312116 | 527941 | Hamilton, Bonnie R | 50.00 | 53.41 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131116 | | P/R month of 04/2007 | 19.20 | 72.61 |
| 05/17/07 | Disbursements | 80 Postage | 137316 | Chk #87010 | 800721938, DOC: 523 Fund Inmat, Inv. Date: 05/10/2007 | -1.30 | 71.31 |
| 05/18/07 | Point of Sale | 60 Commissary | 1387103 | 561051 | Commissary | -62.85 | 8.46 |
| 06/07/07 | Point of Sale | 60 Commissary | 158718 | 562855 | Commissary | -6.65 | 1.81 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159116 | | P/R month of 05/2007 | 19.20 | 21.01 |
| 06/15/07 | Disbursements | 84 Library | 166339 | Chk #87294 | 840722540, Consolidated Inmate, Inv. Date: 05/18/2007 | -.70 | 20.31 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166339 | Chk #87298 | 800723161, DOC: 523 Fund Inmat, Inv. Date: 05/29/2007 | -.97 | 19.34 |
| 06/19/07 | Point of Sale | 60 Commissary | 170718 | 564320 | Commissary | -19.06 | .28 |
| 06/22/07 | Mail Room | 10 Western Union - Not Held | 173200 | 5181323668 | MCDONALD, ANGEL | 50.00 | 50.28 |
| 06/22/07 | Mail Room | 01 MO/Checks (Not Held) | 1732116 | 71565 | Odom, Terrence | 25.00 | 75.28 |
| 07/06/07 | Point of Sale | 60 Commissary | 1877102 | 566083 | Commissary | -71.08 | 4.20 |
| 07/12/07 | Payroll | 20 Payroll Adjustment | 193141 | | P/R month of 06/2007 | 19.20 | 23.40 |
| 07/17/07 | Disbursements | 84 Library | 198302 | Chk #87539 | 8408744, Consolidated Inmate B, Inv. Date: 07/12/2007 | -.60 | 22.80 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 8108782, DOC: 523 Fund Inmate , Inv. Date: 07/12/2007 | -2.84 | 19.96 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 8108783, DOC: 523 Fund Inmate , Inv. Date: 07/12/2007 | -1.31 | 18.65 |
| 07/17/07 | Disbursements | 80 Postage | 198302 | Chk #87550 | 8008553, DOC: 523 Fund Inmate , Inv. Date: 07/10/2007 | -.41 | 18.24 |
| 08/12/07 | Mail Room | 10 Western Union - Not Held | 224200 | 3409040800 | HAMILTON, RAMON | 100.00 | 118.24 |
| 08/17/07 | Disbursements | 80 Postage | 229339 | Chk #87821 | 80083027, DOC: 523 Fund Inmate, Inv. Date: 08/14/2007 | -.41 | 117.83 |
| 08/17/07 | Payroll | 20 Payroll Adjustment | 229116 | | P/R month of 07/2007 | 19.20 | 137.03 |
| 08/21/07 | Point of Sale | 60 Commissary | 2337102 | 571514 | Commissary | -128.56 | 8.47 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 258116 | | P/R month of 08/2007 | 18.42 | 26.89 |
| 09/20/07 | Point of Sale | 60 Commissary | 263718 | 575379 | Commissary | -26.51 | .38 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2007 | 15.47 | 15.85 |
| 10/23/07 | Point of Sale | 60 Commissary | 2967102 | 579327 | Commissary | -15.57 | .28 |
| 11/06/07 | Mail Room | 01 MO/Checks (Not Held) | 3102116 | P389658 | Taylor, Kandee | 15.00 | 15.28 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 15.28 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 15.28 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |