## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Ramon Hamilton
                Plaintiff,

v.                                 Case No.: 1:07–cv–06539
                                        Honorable Joan B. Gottschall

Joe Loftus
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2007:

      MINUTE entry before Judge Joan B. Gottschall : On November 19, 2007, petitioner Ramon Hamilton filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent has thirty (30) days from the date of this order to answer or otherwise plead. Petitioner may then file a reply within thirty (30) days thereafter. Mailed notice rj/es(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.