cH

# FILED

DEC 0 3 2007 PH
Dec 03 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: 07C6539 | **RECEIVED**<br>D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br>NOV 26 2007 |
| Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | Office Of The Attorney General<br>Office Services |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1940 0000 1846 8766 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |