IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. <br>   RAMON HAMILTON, <br><br>                 Petitioner, <br><br>                 v. <br><br> JOSEPH LOFTUS, Warden, <br>   Danville Correctional Center, <br><br>                 Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> No. 07 C 6539 <br><br><br><br> The Honorable <br> Joan B. Gottschall, <br> Judge Presiding. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2007, I presented my **Attorney Appearance Form** to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Ramon Hamilton
K52246
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834.

                                                LISA MADIGAN
                                                Attorney General of Illinois

                              By:    s/ Eldad Z. Malamuth
                                         ELDAD Z. MALAMUTH, Bar # 6275421
                                         Assistant Attorney General
                                         100 West Randolph Street, 12th Floor
                                         Chicago, Illinois 60601-3175
                                         TELEPHONE: (312) 814-2235
                                         FAX: (312) 814-2253
                                         E-MAIL: emalamuth@atg.state.il.us