IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  RAMON HAMILTON, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 07 C 6539 |
| JOSEPH LOFTUS, Warden,<br>  Danville Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**

     Respondent, JOSEPH LOFTUS, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from December 30, 2007 to and including January 29, 2008. An affidavit in support of this motion is attached hereto.

December 21, 2007                      Respectfully submitted,

                                             LISA MADIGAN
                                             Attorney General of Illinois

                         By:    s/ Eldad Z. Malamuth
                                  ELDAD Z. MALAMUTH, Bar # 6275421
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601-3175
                                  TELEPHONE: (312) 814-2235
                                  FAX: (312) 814-2253
                                  E-MAIL: emalamuth@atg.state.il.us

State of Illinois    )
                     ) ss.
County of Cook       )

## AFFIDAVIT

ELDAD Z. MALAMUTH, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before December 30, 2007.

3. Despite due diligence, respondent will be unable to file his answer or other responsive pleading on or before December 30, 2007.

4. Petitioner signed his amended habeas corpus petition on November 8, 2007, and the petition was filed November 19, 2007.

5. On November 30, 2007, this Court ordered respondent to answer or otherwise plead to the petition within 30 days.

6. I was assigned to this matter on December 3, 2007 and immediately ordered the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but I have not yet received all of these materials. Additional time also is required for the review of the response by supervisory attorneys.

7. Further, I will be on family vacation from December 24 through December 28, 2007.

8. This is respondent's first request for an extension of time in this matter.

9. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

10. Respondent respectfully requests that this Honorable Court grant his thirty (30) day motion for an extension of time to and including January 29, 2007, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

s/ Eldad Z. Malamuth
ELDAD Z. MALAMUTH

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2007, I presented the attached **MOTION FOR EXTENSION OF TIME and AFFIDAVIT** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Ramon Hamilton
K52246
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834.

                                          LISA MADIGAN
                                          Attorney General of Illinois

                        By:    s/ Eldad Z. Malamuth
                                      ELDAD Z. MALAMUTH, Bar # 6275421
                                      Assistant Attorney General
                                      100 West Randolph Street, 12th Floor
                                      Chicago, Illinois 60601-3175
                                      TELEPHONE: (312) 814-2235
                                      FAX: (312) 814-2253
                                      E-MAIL: emalamuth@atg.state.il.us