IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  RAMON HAMILTON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 07 C 6539 |
| JOSEPH LOFTUS, Warden,<br>  Danville Correctional Center, | ) ) ) | The Honorable<br>Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

On January 3, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, Room 2325, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Extension of Time.

December 21, 2007

                                                Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

                         By:    s/ Eldad Z. Malamuth
                                   ELDAD Z. MALAMUTH, Bar # 6275421
                                   Assistant Attorney General
                                   100 West Randolph Street, 12th Floor
                                   Chicago, Illinois 60601-3175
                                   TELEPHONE:  (312) 814-2235
                                   FAX:  (312) 814-2253
                                   E-MAIL: emalamuth@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Ramon Hamilton
K52246
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834.

                                                  LISA MADIGAN
                                                  Attorney General of Illinois

By:    <u>s/ Eldad Z. Malamuth</u>
         ELDAD Z. MALAMUTH, Bar # 6275421
         Assistant Attorney General
         100 West Randolph Street, 12th Floor
         Chicago, Illinois 60601-3175
         TELEPHONE: (312) 814-2235
         FAX: (312) 814-2253
         E-MAIL: emalamuth@atg.state.il.us