## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Ramon Hamilton
                Plaintiff,

v.                                          Case No.: 1:07−cv−06539
                                          Honorable Joan B. Gottschall

Joe Loftus
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Motion by Respondent Joseph Loftus for extension of time to answer or otherwise plead to petition for writ of habeas corpus up to and including 1/29/2008 [10] is granted. Petitioner may then file a reply within thirty (30) days thereafter. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.