IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  RAMON HAMILTON, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 07 C 6539 |
| JOSEPH LOFTUS, Warden,<br>  Danville Correctional Center, | )<br>)<br>) | The Honorable<br>Joan B. Gottschall, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

On February 7, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, Room 2325, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion to Dismiss.

January 29, 2008            Respectfully submitted,

                                               LISA MADIGAN
                                               Attorney General of Illinois

                              By:     s/ Eldad Z. Malamuth
                                                 ELDAD Z. MALAMUTH, Bar # 6275421
                                                 Assistant Attorney General
                                                 100 West Randolph Street, 12th Floor
                                                 Chicago, Illinois 60601-3218
                                                 TELEPHONE: (312) 814-2235
                                                 FAX: (312) 814-2253
                                                 E-MAIL: emalamuth@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2008, I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Ramon Hamilton
K52246
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834.

                                            LISA MADIGAN
                                            Attorney General of Illinois

By:    <u>s/ Eldad Z. Malamuth</u>
          ELDAD Z. MALAMUTH, Bar # 6275421
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-2235
          FAX: (312) 814-2253
          E-MAIL: emalamuth@atg.state.il.us