**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ramon Hamilton
                Plaintiff,

v.                               Case No.: 1:07–cv–06539
                                        Honorable Joan B. Gottschall

Joe Loftus
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Briefing schedule as to motion to dismiss[13] is as follows : Responses due by 3/6/2008. Replies due by 3/20/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.