IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
FEB 1 2 2008

United States of America ex rel. )
RAMON HAMILTON, )
    Petitioner, )
)
   -vs- ) Case No. 07 C6539
)
JOSEPH LOFTUS, Warden, )
Danville Correctional Cener, )
    Respondent. )
)

## NOTICE OF FILING

TO:   Asst. Attorney General
       Eldad Z. Malamuth #6275421
       100 W. Randolph Street
       12th Floor
       Chicago, IL. 60601

    PLEASE TAKE NOTICE THAT on February 5th 2008, I will cause to be filed the attached **MOTION FOR EXTENSION OF TIME** with the Prisoner Correspondence, Clerk's Office, U.S. District Court, 219 S. Dearborn Street, Chicago, IL. 60604, attached hereto and served upon you.

RAMON HAMILTON
Reg. No.# K52246
Danville Corr. Cen.
3820 E. Main Street
Danville, IL. 61834

_____
RAMON HAMILTON

## CERTIFICATE OF SERVICE

    I, RAMON HAMILTON - Pro se Petitioner certifies that I have caused the attached notice to be served on the persons to whom it is directed at the addresses indicated below their name by depositing the above-mentioned documents in the U.S. Postal Service Mail at Danville Corr. Cen., postage prepaid for mailing on this 5th day of Febrauary 2008.

**SWORN AS TRUE UNDER PENALTY OF PERJURY**
      **TITLE 28 U.S.C. § 1746.**

Respectfully Submitted,

_____
RAMON HAMILTON

Original

FILED
FEB 1 2 2008

FEB 1 2 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| United States of America ex rel. RAMON HAMILTON, Petitioner, -vs- JOSEPH LOFTUS, Warden, Danville Correctional Center, Respondent. | Case No. 07C6539 The Honorable JOAN B. GOTTSCHALL, Judge Presiding. |
|---|---|

## MOTION FOR EXTENSION OF TIME

Now comes, RAMON HAMILTON - Pro se Plaintiff herein and, pursuant to the Fed. R. Civ. P. respectfully moves this Honorable Court for an additional thirty (30) days from February 8,2008 up to an including March 9,2008 in which to prepare, serve, and file his answer to Respondent's Motion to Dismiss.

In support thereof, Petitioner states the following:

1. Petitioner is the same Pro se petitioner in the above-captioned and numbered cause of action.

2. On February 1,2008, Petitioner received through the United states Postal Service Mail a copy of Respondents Motion to Dismiss.

3. Petitioner's answer in Opposition to Respondent's Motion to Dismiss is due on or before February 8,2008.

4. Petitioner will not be able to properly or thoroughly research, prepare, serve, and file his answer to their

... Respondent's Motion to Dismiss unless he is given an extension of time to file his Motion in Opposition to Respondent's Motion to Dismiss.

5. The instant request for an enlargement of time is the first such request Petitioner has made to answer Respondent's Motion to Dismiss.

6. Petitioner represents that the Respondent's will not be prejudiced in any foreseeable manner in the event that this Honorable Court allows the instant Motion for an Extension of Time.

7. Petitioner represents that he makes the instant request for an extension of time in good faith, which is not designed to delay this case, but to afford Petitioner an adequate opportunity to fully research, prepare, serve, and file his pleadings in an effective manner, since he is proceeding Pro se without the assistance of counsel which the Respondent's enjoy.

**WHEREFORE**, Petitioner prays that this Honorable Court will grant him an additional thirty (30) days from February 8, 2008 up to an including March 9, 2008 in which to file his answer and Motion in Opposition to Respondent's Motion to Dismiss in the above-captioned and numbered cause of action.

Signed and executed on this 5th day of February 2008.

**SWORN AS TRUE UNDER PENALTY OF PERJURY**
    **TITLE 28 U.S.C. § 1746.**

Respectfully Submitted,

_Ramon Hamilton_
Ramon Hamilton