## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6539 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA ex rel. Ramon Hamilton vs. Loftus | | |

**DOCKET ENTRY TEXT**

Enter order. For the reasons explained in the attached order, respondent's motion to dismiss [13] is granted. Petitioner's motion for extension of time to respond to motion to dismiss [17] is granted. Petitioner's motion in opposition to respondent's motion to dismiss [18] is denied. Finally, petitioner's application to proceed *in forma pauperis* [4] is denied as moot as petitioner paid the filing fee on November 20, 2007. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | rj/es |
|---|---|---|