# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Ramon Hamiltion | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6539 |
| Loftus | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that respondent's motion to dismiss is granted.  Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 5/16/2008    _____

/s/ Rhonda Johnson, Deputy Clerk